UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Armstrong Marine,

Plaintiff,

Civil 01-1440 PAM

v.

**ORDER OF DISMISSAL**

Leer, Inc.

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March 26, 2002

**JUDGE PAUL A. MAGNUSON**
**United States District Court**

FILED MAR 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK